IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES FORNEY,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS; DIANE J.
ANDREWS, WARDEN OF
UNION CORRECTIONAL
INSTITUTION; STATE OF
FLORIDA,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4858

Opinion filed March 2, 2015.

An appeal from an order of the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

James Forney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jamie M. Braun, Assistant Attorney
General, Tallahassee, for Appellees.

PER CURIAM.

     DISMISSED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.